■ 776 SOUTH ORANGE AVENUE, INC. v. PHOENIX INSURANCE COMPANY et al. — Motion by defendant-respondent Rudges & Company for leave to appeal to the Court of Appeals from the order of this court entered on June 7, 1973, which reinstated the complaint as against movant and directed a new trial, is denied, with $20 costs. Under CPLR 5601 (subd. [c]) an appeal may be taken to the Court of Appeals as of right from an order of the Appellate Division granting a new trial where appellant stipulates to judgment absolute upon affirmance. (*Matter of Restaurants & Patisseries Longchamps* v. *O'Connell*, 296 N. Y. 239; *Miller* v. *Morse*, 10 A D 2d 598; Cohen & Karger, Powers of the N. Y. Court of Appeals, pp. 289–290; 11 Carmody-Wait 2d, New York Practice, § 71:33; 7 Weinstein-Korn-Miller, N. Y. Civ. Prac., par. 5602:08, pp. 56–59.) Concur — Nunez, J. P., Kupferman, Lane, Tilzer and Capozzoli, JJ. [42 A D 2d 521.]

■ MILTON SCHWARTZ et al. v. NATIONAL COMPUTER CORP.— Motion for clarification or reargument granted only to the extent of correcting the opinion of this court [42 A D 2d 123] entered on July 3, 1973 by striking from the third line of the second paragraph on page 2 thereof the words "February 1, 1970" and substituting in place thereof the words "February 1, 1971". In all other respects the motion is denied. Concur — Stevens, P. J., Kupferman, Murphy, Steuer and Capozzoli, JJ.

■

## (September 20, 1973)

■ In the Matter of THOMAS B. DAUBNER, Petitioner, and LOUIS OKIN, Respondent, v. DAVID N. DINKINS et al., Constituting the Board of Elections of the City of New York, and SEYMOUR SCHWARTZ and IRVING CHIN, Appellants.— Order, Supreme Court, New York County, entered on September 11, 1973, affirmed, without costs and without disbursements, with leave to appeal to the Court of Appeals. Concur — Stevens, P. J., Kupferman, Murphy and Macken, JJ.; Nunez, J., dissents in the following memorandum: I dissent. Petitioners did not establish the probability of a different result absent the irregularities. I fully agree with the Special Referee's findings and his recommendation that the petitions should be dismissed.